N/S    NO CV 30

NO CV 71

8:25-cv-02542-UA

FILED
CLERK, U.S. DISTRICT COURT

11/07/2025

CENTRAL DISTRICT OF CALIFORNIA
BY        GSA        DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

HANH THI MY DO (Dob 10/20/1973)
9528 Miramar Rd #1131 San Diego, Ca 92126
Unlawful Seized Property: 324 Tangelo #325, Irvine, Ca 92618
Tel: 714-586-3260 Email: godformyhanh9999@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**The People in The State of California**

\*\*\*

**Hanh Thi MyDo (dob10/20/1973)**        Plaintiff

**Vs**

**OC JAIL/JAILS, CONREP**
Kathryn Wagner; Christopher Sean Glass, Huy Nguyen**.**

**Injunction Agreements**
The entire 4/3 Appellate court: Hon. Thomas A Delaney, Hon. Martha K Gooding, Hon. Nathan Scott. Hon. Huy Nguyen – Entire OC Court – OCDA – Entire OC Public Defender

**Defendants et al does 1-100**

**NOTICE OF ANOTHER FEDERAL REMOVAL # 2 & # 3 from THE COMPLETE REMOVAL #1 OF THE ENTIRE CASES**

## 24CF1269
## G066074
## 30-2021-01235743

Transferred the Venue for the Injunctive Relief
(25HR053173c, 24HR053175c,24HR043177c)
**From OC Court – OCDA violation**
**§28 USC 1443, §18 USC 242**
Change the venue of the transferred **case 24CF1269** (from 24CU031193C)
**VICTIM IMPACT STATEMENT AND VICTIM RIGHT ACT**
34 U.S.C. § 20141(c)

### WITNESS AND VICTIM IMPACT STATEMENTS

34 U.S.C. § 20141(c)

The Hon CA Supreme Court and the hon 9 CCA and federal courts had categorized case 24CF1269 is Civil Original with Factual Innocence/civil-criminal immunities Mandate acceptance favor to Hanh Thi My Do (Dob 10/20/1973) and the pending petition to the US Supreme Court for that permanent civil – criminal immunities conformation to enforce the Judgments of Mandate enforceable have confirmed among 5 courts.

It is no doubts the hon US Supreme Court and 9 CCA and federal courts and Ca Supreme Court had allowed plaintiff to have a large compensation number to face non-stop frauds on the OC Court/harassment/financial abuse exploitations/robberies/white collar robberies in disabled condition happens right in the OC Court, OCDA, OC

public defender, IPD and WPD more than 5 serious levels violations require immediate solution, seriously the wrongful imprisonment occurs from 7/12/25 to 7/17/25 during the litigation and Factual innocence process.

### PLAINTIFF IS SEEKING FOR

- *The right to be reasonably protected from the accused.*
- *The right to reasonable, accurate, and timely notice of any public court proceeding, or any parole proceeding, involving the crime or of any release or escape of the accused.*
- *The right not to be excluded from any such public court proceeding, unless the court, after receiving clear and convincing evidence, determines that testimony by the victim would be materially altered if the victim heard other testimony at that proceeding.*
- *The right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding.*
- *The reasonable right to confer with the attorney for the Government in the case.*
- *The right to full and timely restitution as provided in law.*
- *The right to proceedings free from unreasonable delay.*
- *The right to be treated with fairness and with respect for the victim's dignity and privacy.*
- *The right to be informed in a timely manner of any pleas bargain or deferred prosecution agreement.*
- *The right to be informed of the rights under this section and the services described in section 503(c) of the Victims' Rights and Restitution Act of 1990 (42 U.S.C. 10607(c)) and provided contact information for the Office of the Victims' Rights Ombudsman of the Department of Justice. The Victims' Rights Ombudsman may be contacted at usaeo.VictimOmbudsman@usdoj.gov if you believe a Department of Justice employee has failed to provide you rights under the Crime Victims' Rights Act.*

The VRRA provides the following description of services at 34 U.S.C. § 20141(c):

*(1) A responsible official shall--*
    *(A) inform a victim of the place where the victim may receive emergency medical and social services;*
    *(B) inform a victim of any restitution or other relief to which the victim may be entitled under this or any other law and1 manner in which such relief may be obtained;*
    *(C) inform a victim of public and private programs that are available to provide counseling, treatment, and other support to the victim; and*
    *(D) assist a victim in contacting the persons who are responsible for providing the*

services and relief described in subparagraphs (A), (B), and (C).

(2) A responsible official shall arrange for a victim to receive reasonable protection from a suspected offender and persons acting in concert with or at the behest of the suspected offender.

(3) During the investigation and prosecution of a crime, a responsible official shall provide a victim the earliest possible notice of--

    (A) the status of the investigation of the crime, to the extent it is appropriate to inform the victim and to the extent that it will not interfere with the investigation;

    (B) the arrest of a suspected offender;

    (C) the filing of charges against a suspected offender;

    (D) the scheduling of each court proceeding that the witness is either required to attend or, under section 10606(b)(4) of Title 42, is entitled to attend;

    (E) the release or detention status of an offender or suspected offender;

    (F) the acceptance of a plea of guilty or nolo contendere or the rendering of a verdict after trial; and

    (G) the sentence imposed on an offender, including the date on which the offender will be eligible for parole.

(4) During court proceedings, a responsible official shall ensure that a victim is provided a waiting area removed from and out of the sight and hearing of the defendant and defense witnesses.

(5) After trial, a responsible official shall provide a victim the earliest possible notice of--

    (A) the scheduling of a parole hearing for the offender;

    (B) the escape, work release, furlough, or any other form of release from custody of the offender; and

    (C) the death of the offender, if the offender dies while in custody.

(6) At all times, a responsible official shall ensure that any property of a victim that is being held for evidentiary purposes be maintained in good condition and returned to the victim as soon as it is no longer needed for evidentiary purposes.

(7) The Attorney General or the head of another department or agency that conducts an investigation of a sexual assault shall pay, either directly or by reimbursement of payment by the victim, the cost of a physical examination of the victim which an investigating officer determines was necessary or useful for evidentiary purposes. The Attorney General shall provide for the payment of the cost of up to 2 anonymous and confidential tests of the victim for sexually transmitted diseases, including HIV, gonorrhea, herpes, chlamydia, and syphilis, during the 12 months following sexual assaults that pose a risk of transmission, and the cost of a counseling session by a medically trained professional on the accuracy of such tests and the risk of transmission of sexually transmitted diseases to the victim as the result of the assault. A victim may waive anonymity and confidentiality of any tests paid for under this section.

(8) A responsible official shall provide the victim with general information regarding the corrections process, including information about work release, furlough, probation,

*and eligibility for each.*

**Under the VRRA, a crime victim is a person who has suffered direct physical, emotional, or pecuniary (financial) harm as a result of a crime. If a crime victim is under 18 years of age, incompetent, incapacitated, or deceased, services should be provided to one of the following representatives of the victim (in order of preference): a spouse, legal guardian, parent, child, sibling, another family member, or another person designated by the court. More than one victim representative can be identified and provided with services depending on the circumstances. Under no circumstances shall a person culpable (responsible) for the crime be treated as a representative of a victim.**

## JUDGMENTS FAVOR TO PLAINTIFF
## WITNESS PROTECTION LIST/HANH DO'S CONSERVATOR

Pursuant to VRRA: **More than one victim representative can be identified and provided with services depending on the circumstances. Under no circumstances shall a person culpable (responsible) for the crime be treated as a representative of a victim.**

The parties who supports or favors neutrally Hanh THi My Do dob 10/20/1973 will automatically be protected, whereas, the parties who are in the recuse list of the entire OC Court, Entire OC District Attorney, the Entire Orange County Public Defender: Christopher Sean Glass, the entire 4/3 Division: The entire 4/3 Appellate court: Hon. Thomas A Delaney, Hon. Martha K Gooding, Hon. Nathan Scott. Hon. Huy Nguyen – Entire OC Court – OCDA – Entire OC Public Defender are on the recuse list will be recused permanently and never been Hanh Thi My Do Dob 10/20/1973's financial matter nor conservatorship and the parties Hanh Thi My Do is against: Anh Tuan Nguyen/ Do Phu….

Hanh Thi My Do Dob 10/20/1973's former lawyers will be paid total $750,000.

5 courts had confirmed Hanh Thi My Do Dob 10/20/1073 had been favored >$ 6,728,200,000 but equal $12,5 b to her, except the judgments favor to Hanh Thi My Do Dob 10/20/1973 had never been dismissed of case 22-55762 and partial 22-55860 or 336m: is for Hanh Do/her daughter and her siblings, as this case related to Qui Tam claim whereas the funds for direct

WP/Conservator 10% for the JO of SCOTUS and 2% for LC, 10% JO of case for 9CCA 2% for the listed LC, 10% for JO's CA Supreme Court and 2% for LC, 10% for DC JO who favored to Hanh Do and 2% for LC who signed the orders favor to Hanh Thi MY Do dob 10/20/1973 will automatically be placed in the Witness Protection list and 2% for the individuals not limited to lawyers or JO such as judge Schwarm Walter, Shawn Nelson, law clerk in LA Superior Court 18STCV01256/who neutrally signed the forms favor to plaintiff of the random court to give the neutral witness testimonies during the litigation but not in the CV-030 list.

And the parties who unflavored mean not neutrally in the orders will be placed automatically in the parties of interested CV-030 and 170.1 and 170.6. Then, the rest 5% for law enforcement Sheriff – Marshal entities is on the witness protection list to enforce the judgments or protect Hanh Thi My Do dob 10/20/1973 at all times, 5% for US Attorney – FBI – the rest 30% will have the US military to support the Shelters. This will be placed in the living trust and the parties of protection/inheritance.

**JUDGMENT ENFORCEMENT**
1)**US bank, First Integrity Insurance Company, GCU.**
2)**American Contractor Indemnit Company, Chase, Liberty Insurance, Fiore & Racob & Powers**
3) **Orange County:IPD,David Yamasaki, Micheal Murray, OCDA, Todd Spitzer, Kathryn Wagner, OCPD: Catherine Gardner, OC jail**
4)**City of Irvine: Micheal Kent,**
5)**City of Westminster, WPD Injunction validation**
OC Court/jails Staff: Andre Mansourian, IPD, WPD: Michael

**JUDGMENT ENFORCEMENT OF THE PRIOR UNDERLYING COMPLAINT**
**-From Contributing 5% Personal Injuries from Wrongful Property Seizures/Transfer Warrant leading to PI from Wrongful Imprisonment 7/12/2024**
**From Continuing Discrimination on Disabilities and Race 42USC 1983- 18 usc 242 Breach of Fiduciary.**

**JUDGMENT OF INJUNCTION of the related individuals:**
**Undertaking Execution-Any Penalties-Sentences or Fraudulent Mental Detention apply to plaintiff will apply x3 those defendants**
Incidents from: 7/12/24 to 11/13/24

**WRIT OF QUO WARRANTO VALIDATION**
*a) From Unlawful Property seizures, from Illegal Property/person Seizures*

Kent; OCDA: Todd Spitzer, Kathryn Wagner, Sam Floyd, Samuel Lee, Morales Sergio, John Sanders, Hsu Federick, Hank Gallegos,Fiore Racob and Powers Law: Andrew Scoble Peter Steen, Dolores Mendez, William Bedworth William Zidbeck, , Kathryn Wagner, Catherine Gardner, Jean Rosas, Agustin Carbajal, Alicia Gingusberg, Dien Thanh Nguyen,  Christopher Sean Glass
 Defendants Et al does 1-50

*b)  From Unlawful Person Seizures, Failure Intervene Wrongful Imprisonment.*
*2)CRIMINAL CIVIL RIGHT VIOLATION 18 USC 242 **COMPLAINT INJUNCTION CIVIL RIGHT VIOLATION** HOUSING & PROPERTY & WRONGFUL PROSECUTION, DISABILITIES DISCRIMINATION 42usc1983 DEFAMATTION, SLANDER & LIBEL PROSECUTION, ROBBERY, THEF BY USING HAZADOUS WEAPONS(ASBESTOS)- CONSPIRACY TO CAUSE HOMELESSNESS AND ROBBERRY OF THE INSURANCE COMPENSATION /PROPERTY FROM FABRICATED MENTAL ILLNESS AND CRIMES.*
*- Forging Jurisdiction*
*- Theft, Fraud on the Court*
*- WRONGFUL SEIZURES OF PROPERTY- ASSETS-COMPENSATION (Gov. Code, § 821.6) -CONSPIRACY 18 U.S.C. 371. From 18 U.S. Code § 242 - Deprivation of rights under color of law DUE PROCESS PROSECUTION CONSTITUTIONAL VIOLATION LEADING TO THEFT & ROBBERY & KIDNAPPING. -FRAUDULENT PROSECUTION WRONGFUL WARRANT LEADING TO WRONGFUL IMPRISONMENT 7/12/24 FALSIFIED LITIGATION 18 U.S. Code § 1623 FALSIFIED STATEMENT OF THE POLICE REPORTS SC 1001- BREACH OF FIDUCIARY DUTY (4th AMENMEND VIOLATIONS/ FAILURE OF INTERVENTION/FALSIFIED PROSECUTION)*

## JUDGMENT OF INJUNCTION VALIDATION
### DEFENDANTS' BELOW CRIMINAL CHARGES LEADING TO COMPLAINT PERMANENT INJUNCTION WITH DEFFENDANTS
1000 FT stay away from plaintiff (those charges had confirmed in Brady List of CA State Counsels but because Violated Federal Laws Respectfully Require to Address in this court)
COUNT 1,2,3,4,5,6. Request the entire OC court releases all cases and permanent injunction from plaintiff all and any matters, discontinue any claims related to plaintiff, only a few judges will preside plaintiff's cases.
### JUDGMENT OF **CRIMINAL BREACH OF FIDUCIARY 18 USC 645**
*when a fiduciary fail to act in accordance with the entrusted duties, whether through negligence or dishonesty, they breach their fiduciary duty which can result in legal penalties.*

18 USC 242 violation of HOUSING & PROPERTY & WRONGFUL IMPRISIONMENT ON 7/12/2024 FROM FALSIFIED LITIGATION 18 U.S. Code § 1623 and WRIT OF QUO WARRANTO

Jails/OC Public Defender/OCDA-IPD, Andre Mansourian, IPD, WPD: Michael Kent; OCDA: Todd Spitzer, Paul Walters, Kathryn Wagner, Sam Floyd, Samuel Lee, Morales Sergio, John Sanders, Hsu Federick, Hank Gallegos, Fiore Racob and Powers Law, Andrew Scoble, Peter Steen, Dolores Mendez, William Bedworth, William Zidbeck's law clerks, Nico Dourbetas, Huy Nguyen's law clerks, Catherine Gardner, Jean Rosas, Amy Ronald, Angelina M Bernal, Joe Maltese,  Agustin Carbajal, Alicia Gingusberg, OC court's Bailiff

**DEFAMATTION, SLANDER & LIBEL, THEF, ROBERRY OR AID OF THEFT ROBERRY, CONSPIRACY TO CAUSE HOMELESSNESS AND ROBBERRY OF THE INJURIES COMPENSATION /PROPERTY FROM FABRICATED MENTAL ILLNESS AND CRIMES.**

**Embezzlement against Estate: 18 USC§ 153**

**CONSPIRACY 18 U.S.C. 371. TAMPER, BACK DATED AND ALTER EVIDENCE VIOLATION CODE 18 U.S.C. § 1519 From 18 U.S. Code § 242 – Deprivation of rights under color of Law-Discrimination in fair housing and prosecution, FALSIFIED STATEMENT OF THE POLICE REPORTS &Criminal complaint 24cf1269 18 USC § 1623 CRIMINAL BREACH OF FIDUCIARY DUTY (4th AMENMEND VIOLATIONS/ FAILURE OF INTERVENTION/FALSIFICATION & DISCRIMATION IN PROSECUTION 42 USC 1983**

Andrew Scoble, Johnny Wilson, Tiffany Lawver, Parto Kavoosian, Behnam Firoozfard

**9 counts of FALSIFIED LITIGATION**

**18 U.S. Code § 1623 DEFAMATTION, SLANDER & LIBEL, THEF. CONSPIRACY TO CAUSE HOMELESSNESS AND CONSPIRACY DEPRIVATION PROPERTY'S OWNERSHIP FROM FABRICATED MENTAL ILLNESS AND CRIMES. Embezzlement against Estate: 18 U.S.C. § 153, CONSPIRACY 18 U.S.C. 371.**

Westminster Police Department: Collin, Rosas (7/12/2024), OC jails, Andre Mansourian, Micheal Murray, Agusto Carbajal, Michael Kent: 9 counts of CONSPIRACY 18 U.S.C. 371 and Wrongful arrest, wrongful imprisonment; OCDA: Todd Spitzer, PAUL WALTERS Kathryn Wagner, Sam Floyd, Samuel Lee, Morales Sergio, John Sanders, Hsu Federick, Hank Gallegos **9 counts of CRIMINAL BREACH OF FIDUCIARY, 18 USC 645, 18 USC 242 HOUSING & PROPERTY & WRONGFUL IMPRISONMENT, MISUSE AND ABUSE THE POWER &AUTHORITY IN MORAL TURPITUDE MANNER.**

**OC COURT'S FALSIFIED LITIGATION 18 U.S. Code § 1623 DEFAMATTION, SLANDER & LIBEL DISCRIMINATION IN PROSECUTION, FROM ROBBERY, THEF.CONSPIRACY TO CAUSE HOMELESSNESS AND ROBBERRY/OBSTRUCT INJURIES COMPENSATION-PROPERTY FROM FABRICATED MENTAL ILLNESS AND CRIMES. CONSPIRACY 18 USC 371.**

Fiore Racob and Powers Law,Peter Steen, Dolores Mendez, William Bedworth, William Zidbeck, Catherine Gardner, Jean Rosas, Agustin Carbajal, Alicia Gingusberg

**Financial Exploitation or Aid of Financial Exploitation of Vulnerable Disabled Adults, each individual has at least 5 counts of CRIMINAL BREACH OF FIDUCIARY, 18 USC 645, 18 USC 242 HOUSING & PROPERTY & WRONGFUL PROSECUTION OC COURT'S FALSIFIED LITIGATION 18 U.S. Code § 1623 DEFAMATTION, SLANDER & LIBEL PROSECUTION, ROBBERY, THEF. CONSPIRACY TO CAUSE HOMELESSNESS AND ROBBERRY OF THE INSURANCE COMPENSATION /PROPERTY FROM FABRICATED MENTAL ILLNESS AND CRIMES. Embezzlement: 18 U.S.C. § 153. CONSPIRACY 18 U.S.C. 371. From 18 U.S. Code § 242 - Deprivation of rights under color of Law-Discrimination in fair housing and prosecution FALSIFIED STATEMENT OF THE POLICE REPORTS SC 1001**

**BREACH OF FIDUCIARY DUTY (4th AMENMEND VIOLATIONS/ FAILURE OF INTERVENTION/FALSIFIED PROCEDURES.**

\*\*\*

**DISMISS WITH PREJUDICE ALL THE CHARGES OF THE CASE 24CF1269 Unproven Evidence of**

7 Count 115(a) on June 13,2023 of Record False and Forged Instrument, procure and offer to be filed, registered and recorded of Abstract of Judgment/Order #476; Grant Deed's July 21,2023; Uncertified Abstract of Judgment Jan 18,24; Unsigned Rescission Deed Feb 15,2024; Rescission Deed May 2,2024; May 05,2024's 664(a) 487 (a); May 07,2024's §594(a);(b) (2)(A); §166(a)(4) May,05,2024-April 25,2024-April 25,2024 other ALL allegations/other ALL enhancements.

**Prior Undertaking Execution:**

If defendants will or want to detain plaintiff in any facilities: the OC judges, DA and law enforcement/involved parties must proceed the prior civil and criminal undertaking agreement first as some defendants still owe the jail their 30 days, then sign to waive the immunity for the financial payment guarantee if plaintiff finds any omission, or any injuries or memory lost (plaintiff currently have 100% perfect cognition memories) during that detention, except aging, IN under what condition must guarantee OUT under the same condition.

, **and case 30-2021-01235743**
**RETURN PLAINTIFF'S PROPERTY/ASSETS/BELONGINGS**
**AND RELEASE HER AS IS COMPENSATORY JUDGMENTS**

If case 24cf1269, 30-2021-01235743 is not dismissed /destroyed per undertaking agreements factual innocence §851.8 or escalate into fabricated mental illnesses/crimes beyond moral turpitude practice, if plaintiff can prove defendant violate these civil rights, Plaintiff respectfully pray the court to grant:

**MANDATE FOR PLAINTIFF's WITNESS PROTECTION PROGRAMS**
**TO HAVE MARSHALL & FBI RETRIEVE PLAINTIFF**
**AUTOMATICALLY FROM THEIR DETENTION FACILITY AND**

If case 24cf1269, 30-2021-01235743 is not dismissed, if plaintiff can prove defendant violate the civil rights, Plaintiff prays the court to order SD District Attorney, LADA, SBDA, US Attorney Office, LA/SB/SD/OC Sheriff, Police Departments to prosecute defendants the above charges accordingly.

Although the prosecutors and police officers are placed under Brady Lists but continue misleading the litigants such as they had put plaintiff in jail without the notice of the hearing nor knowing the reasons, Misleading the hearing schedules to cause fake scene for another wrongful arrest/imprisonment/again faking mental illness multiple times while plaintiff had checked up with the doctor to ensure self-testimonies are credible.

When knowing their identifications mistakes leading charges of somethings without evidence nor proof by mixing other's actions under plaintiff's name and date of birth, and later non-stopped non sense actions of mental theory while plaintiff had checked the mental competence before raising the matters in court, misleading multiple times the court's hearings as intentional imprisonment without court's process of hearing, and threatening to put in the mental facilities without mental issues from the faking mental illnesses when the falsified non-proven criminal accusation.

**Immunity**: No Immunity from violation 42 USC 1983/18 usc 242/Constitution violation, and their admission the violations of code §917.8 from their unlawful occupy the office, to firstly seek for an injunction, if continue, plaintiff respectfully seek for damages, if continue, plaintiff respectfully pray this court if plaintiff can prove their civil rights violations, any sentences of their continuing case 24cf1269 will x 3 (per §51, §52) sentences to defendants.

Risk Management of right to sue: had filed since 2/2023

**Crimes occur**: occurs since 7/12/2024 to 11/13/2024

Notice of other related cases: besides some Defendants had violated Federal Discrimination §42 USC 1983 of Plaintiff's disabilities, they also violated

state laws from the actions of retaliations pen code §1629, whistleblowers, defamation, causing duress

| | Fault % | Breach of the Peace §1569 Harassment the Home Owners from Hazardous Mishandling Misconduct | Fraud Forgery Jurisdictions | Financial Exploitation of Vulnerable Disabled Adult Pen code C31, Pen code C32 | Falsified Police Reports, Falsified Litigations to cover for Sexual Harassment misconduct and Wrongful Arrest/ Wrongful Imprisonment. | Violence Kidnapping Wrongful Warrant. Abuse Power Malicious Prosecution | Theft Robbery, Embezzlement, theft from cyber | Sexual abuse | DEFAMATION Slander Libel | Unlawful property withholding/ seized section 821.6) outside home detention |
|---|---|---|---|---|---|---|---|---|---|---|
| Damages: $3750/hr if case 24cf1269 still in the record Damages 10,000/day from detention outside home | | | | | | | | | | |
| Peter Steen | 0.1 | | | X | | | x | | | X (3/15/23) |
| Kathryn Wagner | 2% | | x | X | x | x | | | x | X (5/15/24) |
| Todd Spitzer | 2% | | X | x | | | | | | X (5/15/24) |
| Andrew Scoble | 2% | x | x | x | x | | x | | x | X (4/28/23) |
| Catherine Gardner | 1% | | x | x | x | | | | x | X (9/17/24) |
| Morales Sergio | 2% | | x | x | x | x | | x | | X (5/15/24) |
| Alicia Gingusberg | 0.5 | | x | x | x | | | | | X (4/21/23) |
| Morales Sergio | 1% | | x | x | x | | | | | X (5/15/24) |
| Hsu Frederick | 0.5 | | x | x | x | | | | | X (5/15/24) |
| Hank Gallegos | 0.5 | | x | x | x | x | | | | X (5/15/24) |
| John Sanders | 0.5 | | x | x | x | | | | | X (5/15/24) |
| Johnny Wilson | 1% | x | x | x | | | | | | X (5/15/24) |
| Dolores Mendez | 0.3 | x | | | | | | | | X (5/15/24) |
| Tiffany Lawyer | 0.3 | | x | x | | | | | | X (5/15/23) |
| Parto Kavoosian | 1% | | x | x | | | | | x | X (8/15/23) |
| Micheal Murray | 1% | | x | x | x | x | x | | x | X (5/15/24) |
| Agustin Carbajal | 0,7 | | x | x | x | | | | | X (5/15/24) |
| Behnam Firoozfard | | | x | x | | | | | | X (5/15/24) |
| William Bedworth | 0.1 | x | | x | x | | | | | X (7/23/24) |
| William Zidbeck | 0.1 | | | x | x | | | | | X (7/23/24) |
| Fiore Racob & Powers | 2% | x | x | x | | | | | | X (2/5/23) |
| City of Irvine | 20% | x | | x | x | x | | | | X 2/28/23 |
| City of Westminster | 5% | | | | x | x | | | | X 7/12/24 |
| American Contractor Indemnity Com | 5% | | | | | | | | | X 12/07/23 |
| Liberty Insurance ORANGETREE | 30% | | | | | | | | | 4/28/2023 |
| US Bank | 5% | | x | | | | | | | X 4/28/23 |
| First Integrity Insurance com | 30% | | x | x | | | | | | X 4/28/23 |
| Chase bank | 5% | | | | | | | | | X 5/15/23 |

COMPLAINT, NOTICE OF REMOVAL, JURY RESERVATION, JUDGMENT ENFORCEMENT STIPULATION, MANDATE OF QUO WARRANTO

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ron Fornelli | 1% | x | x | x | | | | | | X 3/2023 |
| Sam Floyd | 0.3 % | x | x | | | | | | | X 3/2023 |

**Merit**: Wrongful imprisonment 7/12/24 leading to 5% personal injuries and extended damages, and from continue falsifying mental and crimes litigations.

.

Defendants as US bank, First Integrity Title Insurance Company, Orange tree condominium owners Association, American Contractor Indemnity Company (Tokio Marine HCC), Liberty Mutual Insurance, Chase, GCU, Andrew Scoble, Johnny Wilson, Tiffany Lawver, Parto Kavoosian, Behnam Firoozfard Orange County, City of Irvine: , Ron Fornelli Westminster Police Department OC Court/jails: Don Wagner, David Yamasaki, Andre Mansourian, IPD, WPD: Michael Kent; OCDA-OC public Defender, Todd Spitzer, Paul Walters Kathryn Wagner, Sam Floyd, Samuel Lee, Morales Sergio, John Sanders, Hsu Federick, Hank Gallegos, Fiore Racob and Powers Law, Andrew Scoble, Peter Steen, Dolores Mendez, William Bedworth, William Zidbeck, Nico Dourbetas, Huy Nguyen, Catherine Gardner, Jean Rosas, Joe Maltese, Agustin Carbajal, Alicia Gingusberg.

**RISK MANAGEMENT § 900-915.4**: 2/2023

when the appeal cases are opening 22-55860, 22-55762 and g062672 30-2021-01313225 8:23-cv-00553 to confirm all the resources for the clarification required the response if not the judgments of stipulation will mandate,

## CRIMINAL INJUNCTION

While the court cases 30-2021-01193123; 8:23-cv 00553; 22-55762;22-55860 had heard the all the matter until 7/12/24 that plaintiff don't owe any parties any money nor selling contract to transfer the property, by the discrimination of plaintiff's disabilities violation 42 usc 1983, defendants had put plaintiff in jail from 7/12/24 to 7/23/24 without giving any hearing notices nor reasons, later defendants support their discrimination by an irrelevant – non proven- mistaken complaint and forgery procedure with some mental theory that non-claimants are the health care providers, which predicting their wrong doing, plaintiff had the doctor checked up to confirm 100% intact cognition before giving any testimony in court.

**Judgment of Damages**: the courts had confirmed plaintiff has substantial injuries with some pending treatments, the physical impacts will cause additional personal injuries damages and long term insecure habitation.

## DEFENDANTS' FALSE DECLATATION
## POLICE OFFICERS MISCONDUCT AND RETALIATION

Defendants and Police misconduct occurs and cover up the illegal property detention and sexual harassment/ wrongful detention conspiracy to rob and steal plaintiff's assets and property. When a law enforcement officer engages in

illegal or inappropriate actions while performing their duties, which violates a person's constitutional rights.

**Irvine police had used the unnecessary excessive force**: Using more force than is reasonable or necessary during an arrest

**Irvine police department announce Racial profiling as the main motives**: Using race as a reason to detain someone, which violates their rights under the Fourth and Fourteenth Amendments

**Falsifying evidence**: Planting, mishandling, or tampering with evidence are proven in the court case 24cf1269/30-2021-01235743/30-2023-01337690(even the court had addressed another parties but proving their misconducts)

**Perjury**: Lying in court had proven by their names had posted on the brady lists, but did not stop their illegal actions requiring the escalation of penalties.

**Sexual assault**: Committing sexual assault or harassment during the officer Morales Sergio sexual harassment around 5:30 pm at at the front yard of the property 324 Tangelo 325 Irvine Ca 92618 on 4/21/2023.

**Abuse of power**: Intimidating witnesses or coercing false confessions as threatening to harass and causing harm to plaintiff's lawyer license during their wrongful litigations.

**Unlawful arrest**: Making a false detention without signs of violence nor harms nor weapons, just because plaintiff is favored by a large compensatory judgments are mandate, are prone to be harassed physically and financially/robbery and theft.

**Unconstitutional searches**: Using unconstitutional methods during searches to search on plaintiff's private area while there are female officers are coming and no probable causes to search or handcuffed, that is causing the extended injured body damages while waiting for the funds for the treatments.

### PROSECUTOR CRIMINAL BRADY CONSPIRACY

*Penal Code Section 141(c): A prosecuting attorney who intentionally and in bad faith alters, modifies, or withholds any physical matter, digital image, video recording, or relevant exculpatory material or information, knowing that it is relevant and material to the outcome of the case, with the specific intent that the physical matter, digital image, video recording, or relevant exculpatory material or information will be concealed or destroyed, or fraudulently represented as the original evidence upon a trial, proceeding, or inquiry, is guilty of a felony punishable by imprisonment pursuant to subdivision (h) of Section 1170 for 16 months, or two or three years.*

Although defendants OCDA are working out of scope during working hours, but Failing to admit evidence that exonerates the Defendants when participate the court's litigations. Defendant had Practiced like entrapment or pressuring a person to commit a crime. Inducing a plea bargain through threat or unfounded assurances. Intentionally presenting false evidence or witness testimony that's factually untrue: discovery violations; improper contact with witnesses, Defendants, judges or jurors; improper behavior during hearings or trials; prosecuting cases not supported by probable cause; harassing or

threatening Defendants, Defendants' lawyers or witnesses; using improper, false or misleading evidence; displaying a lack of diligence or thoroughness in prosecution; and making improper public statements about a pending criminal matter.

### WRONGFUL imprisonment 7/12/2024 of case 24cf1269 California false imprisonment (false arrest) claims

People have the right under California law to be protected from bodily restraint. Defendants had:

- an intentional confinement without probable causes.
- without the plaintiff's consent;
- and without lawful privilege and no signs of danger nor weapons
- for an appreciable length of time, however short.

A false arrest is one way of committing false imprisonment.  To prove false detention, a person must prove three elements:

- the police officer detained plaintiff;
- plaintiff was actually harmed; and
- the officer's conduct was a substantial factor in causing the plaintiff's harm.  CACI 1401.

Once plaintiff makes this showing, the burden shifts to the officer to prove that probable cause existed for the arrest.  To avoid liability, the officer must prove that, more likely than not, a reasonable officer would have had probable cause to detain the person.  If the facts giving rise to the arrest are undisputed, then the issue of whether probable cause existed is an issue of law for the trial judge" *Levin v. United Airlines, Inc.,* 158 Cal. App. 4th 1002, 1018–19 (2008).

Cal. Penal Code § 847(b).  "The existence of probable cause is necessary but not by itself sufficient to establish an arrest's lawfulness."  *George v. City of Long Beach,* 973 F.2d 706, 710 (9th Cir. 1992).

.

Defendants Breach of fiduciary duty can become a crime when it involves misconduct such as embezzlement, forgery, or financial abuse against vulnerable individuals.

Defendants suppose a trustee embezzles funds from a trust for personal use or engages in fraudulent activities to manipulate trust assets for personal gain. In that case, criminal charges such as theft or embezzlement may come into play. In such scenarios, a prison sentence could be an outcome based on the value of assets misappropriated. Emphasizing the necessity of adhering to ethical standards and fulfilling their obligations diligently. This court had precisely solved the issues per Mandate order of the 9 CCA about this subject property 324 Tangelo Irvine Ca 92618

Title 42 U.S.C. Section 1983 provides as follows: "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any state or territory or the District of Columbia, subjects, or causes to be

subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity or other proper proceeding for redress. For the purposes of this section, any act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia." 6 Wyatt v. Cole, 504 U.S. 158, 161 (1992).

Law enforcement officers are entitled to qualified immunity where their actions do not "violate clearly established statutory or constitutional rights of which a reasonable person would have known."

A breach of fiduciary duty becomes a crime when the act is beyond mere negligence and involves deceit, collusion, or concealment. This is where a trusted party deliberately violates her responsibilities, misuses entrusted assets, or unfairly favors his interests over the entrusted party. Every decision a fiduciary makes impacts the represented party. A deceitful move can result in severe penalties.

## JUDGMENT ENFORCEMENT

US bank, First Integrity Title Insurance Company, American Contractor Indemnity Company (Tokio Marine HCC), Liberty Mutual Insurance, Chase, Andrew Scoble, Johnny Wilson, Tiffany Lawver, Parto Kavoosian, Behnam Firoozfard Orange County, City of Irvine, Westminster Police Department

**Duration**: 4/28/2023 to present

**Damages**: > 6728,200,000 from been pushing out of home of the cold from theft and robbery/illegal transfer of the property and rob/theft all Value Belongings, Appliances, Equity, Documents, Business Maps, Business plans, Court documents and Evidence, Books and Diploma to support to school and adapting disabled condition from withholding the real property/funds/person by withholding the undertaking agreements' fund.

Respectfully and faithfully
12/15/24

Hanh Thi My Do



# Supreme Court of California

JORGE E. NAVARRETE
CLERK AND EXECUTIVE OFFICER
OF THE SUPREME COURT

EARL WARREN BUILDING
350 McALLISTER STREET
SAN FRANCISCO, CA 94102
(415) 865-7000

November 6, 2025

**SENT VIA EMAIL & USPS**

Hanh Thi My Do
9528 Miramar Road, #1131
San Diego, CA 92126
godformyhanh9999@gmail.com
myhanh9999a@gmail.com

> Re:    *DO v. S.C.* – *S293248*

Dear Hanh Thi My Do:

We hereby return your documents received on November 6, 2025.  You are advised that your petition for writ of mandate, received and filed on September 30, 2025, has been transferred to the Court of Appeal, Fourth Appellate District, Division Three.

A copy of the court's transfer order was mailed to you on the date it was issued, an additional copy is enclosed here for your convenience.

Sincerely,

JORGE E. NAVARRETE
Clerk and
Executive Officer of the Supreme Court

*M. Hallisy*

By:  M. Hallisy, Deputy Clerk

S293248

# IN THE SUPREME COURT OF CALIFORNIA

SUPREME COURT
# FILED

OCT - 9 2025

HANH THI MY DO, Petitioner,

Jorge Navarrete Clerk

v.

_____
Deputy

SUPERIOR COURT OF ORANGE COUNTY et al., Respondents.

The above-entitled matter is transferred to the Court of Appeal, Fourth Appellate District, Division Three.

**GUERRERO**

_____
*Chief Justice*

Case 8:25-cv-02549-PCK-DFM    Document 1    Filed 11/07/25    Page 17 of 43    Page ID
#:17
Supreme Court of California
Jorge E. Navarrete, Clerk and Executive Officer of the Court
Electronically RECEIVED on 11/6/2025 3:14:07 PM

For Appellant Hanh Thi My Do
*In Conjunction with ProBono Center of California Services*
*With The Supports of Multiple Probono Attorney (Meddenco LLC /Hdo LLC)*
Mailing Address: 9528 Miramar Rd #1131, San Diego, Ca 92126
Unlawful Seized Property 324 Tangelo, Irvine, Ca 92618. Tel: 714-586-3260
Email: myhanh9999a@gmail.com; Godformyhanh9999@gmailcom

### IN THE COURT OF APPEAL
### OF THE STATE OF CALIFORNIA
### FOURTH APPELLATE DISTRICT
### DIVISION THREE

Hanh Thi My Do (Dob 10/20/1973)
      Plaintiff/Petitioner
          vs

**OC COURT**: Hon. Andre Mansourian, Hon.
William Zidbeck, Hon. Julian Bailey, Hon. Huy
Nguyen, Amy Ronald, Angelina Bernal, Joe
Maltese, Jean Rosas, Jenna Walker, Felicia Ting
and any related mental health practitioner and
entire OC Court.
**OC JAIL/JAILS/Mental Facilities**: Hon.
Micheal Murray, hon. Mondo Glen, Agustin
Carbajal,
**OC public Defender**: Catherine Gardner,
Christopher Sean Glass, Alexandra Song,
Shannon Winston.
**OCDA:** Todd Spitzer, **Kathryn Wagner,** Paul
Walters, Angela Gunderson, Alicia Gigusberg
and entire OCDA
**IPD**: Micheal Kent, Hsu Frederick, Hank
Gallegos, John Sanders, Morales Sergio. Samuel
Lee and entire IPD,
**WPD**: Collins Dominic, Rosa
**Dien Thanh Nguyen**, **Enrico L Patterno**, Peter
Steen, Hani Mohammed Deek, Wesam Deek,
David Vick.
**Fiore & Racobs Powers Law: §128.7** Amber T
Ashby, Julie R Balbini, Nathan P Bettenhausen,
Dennis M Burke, Richard S Fiore, Jacqueline D.
Foster, Daniel Kanaan, Laurie C Keating, Nicole
A. Lilomaiava, John R Madowell, erin A
Maloney, Janet L.S. Power, Peter E. Racobs,
Andrew Scoble andOCPD: Nguyen Anh Tuan,
Do Phu, Alexandra Song,Catherine Gardner,
Christopher Sean Glass, Shannon Winston and
**OC Successor**: Claude Parrish/Kim Joanne

Hanh Thi My Do (Dob 10/27/1973)
Et al does 1-1000 Defendants/Respondent

Case: **G066074** (Transferred Case from
California Supreme Court **S293248**)

OC Superior Court Case: **24CF1269
(destroyed); 30-2021-01235743 (void)**

**STATEMENT OF
DECISION §632**

**NOTICE OF ANOTHER
REMOVAL TO FEDERAL
COURT # 3 (28 USC 1443)
OF CASE 24cf1269**

**NOTICE TO FILE THE
WRIT OF CERTIORARI
AND REMAIN STAY
STATUS WHILE CASE
REMOVED TO FEDERAL
COURT AND ANOTHER
WRIT OF MANDAMUS # 11
WILL BE FILED**

## I.    REQUEST FOR THE STATEMENT OF DECISION §632

Pursuant to California rule §632, petitioner respectfully requests the court to provide the statement of decision to uniform with the decision in Ca Supreme to uniform the order as follows:

1) Petitioner respectfully agree with this court the case 24Cf1269 is pending for Hanh Thi My Do Dob 10/27/1973 100 lbs require to present in court, about Hanh Thi My Do Dob 10/20/1973 case has been removed to federal without remanding back to the state court or the court needs to bring the person of interest Hanh Thi My Do 10/27/1973 had been addressed in the complaint of 24CF1269-30-2023-01317690 to give further testimonies, Hanh Thi My Do Dob 10/20/1973 don't have any substitution with OC public Defender, so Hanh Thi My Do dob 10/27/1973 is represented by her counsels please bring her in, petitioner has no more business with the OC Court, OCDA, OC public defender as this court has confirmed the sanction, the disqualification had passed according to the IFP judgment entered; so defendants had admitted in default to be disqualified and sanctions without objection. Petitioner respectfully seek for any objections and confirmed this terms in the order as an attachment to notify the Ca Supreme Court about the case status.

2) The criminal case complaint applied to Hanh Thi My Do Dob 10/27/1973 therefore, after 1 year of no prosecution, thank you this court agrees to dismiss without prejudice for non-prosecution or Hanh Thi My Do Dob 10/27/1973 need to come in court for the testimonies.

Petitioner Hanh Thi My Do Dob 10/20/1973 also respectfully agree with this court that petitioner 's all court cases are civil as confirmed by CA supreme court, so can not consolidate with

another party's criminal case, therefore, petitioner is longer required to present in the case 24CF1269 as the Federal Appeal Court had been finalized.

3) There is no records of Hanh Thi My Do dob 10/20/1973 has any valid substitution from OC Public Defender, thank you this court approve petitioner becomes my own counsel require the state bar added petitioner to practice for self-defense.

4) In the past, petitioner had removed successfully the case 24CF1269 to federal court with the granted acknowledgment from Ca Supreme Court, this is another removal compliance to 28 USC 1443 and empty out the jurisdiction from the OC court, OCDA, OC public defender as they don't make any objection of this removal and disqualification, respectfully notice this court to confirm this matter to notice Ca Supreme Court.

5) Judgment 30-2021-01235743 had been consolidated with other case per removal to federal court, petitioner notice defendants to relate the case finalized in CA Supreme Court and 9 Circuir Court of Appeal as the appeal time had passed.

If there is no objection, petitioner will respectfully notice Ca Supreme Court to add those order of the Disqualification from OC Court, OCDA had passed 10 Days to 15 days to respond, and validate this qualification With petitioner's appreciation.

Petitioner respectfully want to thank this court to confirm The IFP's complaint judgment entered in this court from S293248 include the court case 30-2021-01235743 and 24Cf1269 are final

II. **Petitioner respectfully notice to remove any leftover of the case 24CF1269 to Federal Court 3 rd times demand this court's validation.**

III. **Petitioner respectfully notice to file the result of the admission**

**Disqualification and sanctions or further review of this court's IFP's**

**Entered judgments are finalized**

      Entered judgments with disqualifications and sanction the entire

      OC Court and OCDA are finalized and had passed the reviewed as

      IFP's complaint was raised the new matter not the previous matter

## CONCLUSION

      The hon Ca Supreme Court and This Hon Court had given

      Time for respondents and defendants to make any

      Objection about the hon Ca Supreme court's judgments of

      Disqualify and sanction had passed as the default admission

      Of its disqualification and sanctions validation had declared

      In this court's judgment and Ca Supreme Court Judgments

      As it is final without defendants' opposition


      Respectfully and faithfully


      Hanh Thi My Do (Dob 10/20/1973)

**PROOF OF SERVICE**

On 11/5/2025 serve via True filing and Gmail had served per business virtual address is 324 Tangelo, Irvine, Ca 92618. served the following document (s) I served the documents on the following persons at the following addresses (including fax number and email address, if applicable):

**STATEMENT OF DECISION §632**

**NOTICE OF ANOTHER REMOVAL TO FEDERAL COURT # 3 (28 USC 1443) OF CASE 24cf1269**

**NOTICE TO FILE THE WRIT OF CERTIORARI AND REMAIN STAY STATUS WHILE CASE REMOVED TO FEDERAL COURT AND ANOTHER WRIT OF MANDAMUS # 11 WILL BE FILED**

The documents were served by the following means (BY US MAIL) I enclosed the documents in a sealed envelope or packaged addressed to the persons at the address listed above to the listed electrical mailing address: Placed the envelope or package for collection and mailing, following our ordinary business post office practices and deliver the mail through the post office mail man  (BY EMAIL OR ELECTRONIC TRANSMISSION) Based on a court order an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent email address to the person at the email addresses listed above. I did not receive, within reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed on 10/03/2025, Irvine, Ca 92618 via Gmail services and then mail per court's order:

| Party | Electronic Mailing Address | Physical Address |
|---|---|---|
| Hanh Thi My Do: Petitioner<br>9528 Miramar Road, #1131<br>San Diego, CA 92126 | Godformyhanh9999@gmail.com<br>Myhanh9999a@gmail.com | |
| State Bar of California | | |
| Superior Court of Orange County: Respondent<br>700 Civic Center Drive<br>Santa Ana, CA 92704 | mhernandez@occourts.org<br>cadr@occourts.org<br>appellatedivision@occourts.org | 700 Civic Center Drive<br>Santa Ana, CA 92704 |

| Andre Mansourian: Respondent | AMANSSOURIAN@occourts.org | 700 Civic Center Drive Santa Ana, CA 92704 |
|---|---|---|
| William Zidbeck: Respondent | WZIDBECK@occourts.org | 700 Civic Center Drive Santa Ana, CA 92704 |
| Julian Bailey: Respondent | JBAILEY@occourts.org | 700 Civic Center Drive Santa Ana, CA 92704 |
| Huy Nguyen: Respondent | hnguyen@occourts.org | 700 Civic Center Drive Santa Ana, CA 92704 |
| Nico Dourabetas: Respondent | ndourbetas@occourts.org | 700 Civic Center Drive Santa Ana, CA 92704 |
| Amy Ronald, Respondent | cadr@occourts.org | 700 Civic Center Drive Santa Ana, CA 92704 |
| Angelina Bernal: Respondent | Abernal@occourts.org | 700 Civic Center Drive Santa Ana, CA 92704 |
| Joe Maltese: Respondent | Respectfully notice to remove him from the records as he confirmed lawyer Christopher is not plaintiff's lawyer | He also confirmed the case 24Cf1269 is dismissed, minimal witness protection provided. Respectfully remove himself from plaintiff's any complaint as he complies as acknowledgment the court's order |
| Jean Rosas: Respondent | jrosas@occourts.org | 700 Civic Center Drive Santa Ana, CA 92704 |
| Jenna Walker: Respondent | jennatomei@gmail.com | 3553 Atlantic Ave., #233 Long Beach, CA 90807 |
| Felicia Ting: Respondent | CONREP cio.it@ocgov.com | 517 N Main St, Santa Ana, CA 92701 |
| District Attorney of Orange County Respondent 300 North Flower Street Santa Ana, CA 92703 | | |
| Todd Spitzer: Respondent Orange County District Attorney 300 North Flower Street, P.O. Box 808 Santa Ana, CA 92703 | todd.spitzer@ocdapa.org | 300 North Flower Street Santa Ana, CA 92703 |
| Kathryn Wagner: Respondent Orange County District Attorney 300 North Flower Street Santa Ana, CA 92703 | kate.wagner@ocdapa.org | 300 North Flower Street Santa Ana, CA 92703 |
| Paul Walters: Respondent | Paul.walters@ocdapa.org | 300 North Flower Street Santa Ana, CA 92703 |
| Angela Gunderson: Respondent Orange County District Attorney 300 North Flower Street Santa Ana, CA 92703 | Angela.gunderson@ocdapa.org | 300 North Flower Street Santa Ana, CA 92703 |
| Alicia Gigusberg: Respondent | Alicia.gigusberg@ocdapa.org | 300 North Flower Street Santa Ana, CA 92703 |
| Orange County Public Defender: Respondent | Sara.nakada@ocpubdef.com | 801 Civic Center Drive Santa Ana, Ca 92704 |

| | | |
|---|---|---|
| Catherine Gardner: Respondent<br>Orange County Public Defender<br>801 Civic Center Santa Ana<br>Santa Ana, CA 92701 | catherine.gardner@ocpubdef.com | 801 Civic Center Drive<br>Santa Ana, Ca 92704 |
| Christopher Sean Glass: Respondent<br>Orange County Public Defender<br>801 West Civic Center Drive, Suite 400<br>Santa Ana, CA 92701 | christopher.glass@ocpubdef.com | 801 Civic Center Drive<br>Santa Ana, Ca 92704 |
| Alexandra Song: Respondent<br>Orange County Public Defender<br>801 Civic Center Drive, Suite 400<br>Santa Ana, CA 92701 | Alexandra.Song@ocpubdef.com | 801 Civic Center Drive<br>Santa Ana, Ca 92704 |
| Shannon Winston: Respondent | Shannon.Winston@ocpubdef.com | 801 Civic Center Drive<br>Santa Ana, Ca 92704 |
| Orangetree Condominium Owners Association: Respondent | | |
| Irvine Police Department: Respondent | | 1 Civic Center Plaza, Irvine, CA 92606 |
| Michael Kent: Respondent | mkent@cityofirvne.org | 1 Civic Center Plaza, Irvine, CA 92606 |
| Hsu Frederick: Respondent | hfrederick@cityofirvine.org | 1 Civic Center Plaza, Irvine, CA 92606 |
| Hank Gallegos: Respondent | hgallegos@cityofirvine.org | 1 Civic Center Plaza, Irvine, CA 92606 |
| John Sanders: Respondent | "jsanders@cityofirvine.org"<br><jsanders@cityofirvine.org> | 1 Civic Center Plaza, Irvine, CA 92606 |
| Morales Sergio: Respondent | msergio@cityofivine.org | 1 Civic Center Plaza, Irvine, CA 92606 |
| Samuel Lee: Respondent | slee@cityofirvine.org | 1 Civic Center Plaza, Irvine, CA 92606 |
| Westminster Police Department: Respondent | csronline@westminster-ca.gov | 8200 Westminster Blvd., Westminster, CA 92683 |
| Collins Dominic: Respondent | csronline@westminster-ca.gov | 8200 Westminster Blvd., Westminster, CA 92683 |
| Rosa: Respondent<br>Staffs working on 7/12/2024 | csronline@westminster-ca.gov | 8200 Westminster Blvd., Westminster, CA 92683 |
| Dien Thanh Nguyen: Respondent | ascoble@fiorelaw.org | 801 S Figueroa St UNIT 700, Los Angeles, CA 90017 |
| Enrico L. Patterno: Respondent | mkent@cityofirvine.org | 1 Civic Center Plaza, Irvine, CA 92606 |
| Peter Steen: Respondent | mkent@cityofirvine.org | 1 Civic Center Plaza, Irvine, CA 92606 |
| Hani Mohammed Deek: Respondent | mkent@cityofirvine.org | 1 Civic Center Plaza, Irvine, CA 92606 |
| Wesam Deek: Respondent | mkent@cityofirvine.org | 1 Civic Center Plaza, Irvine, CA 92606 |
| David Vick: Respondent | "dvic1@live.com" <dvic1@live.com> | 1 Civic Center Plaza, Irvine, CA 92606 |

| Fiore & Racobs & Powers: Respondent | | |
|---|---|---|
| Amber T. Ashby: Respondent<br>Fiore, Racobs & Powers, APLC<br>6820 Indiana Avenue, Suite 140<br>Riverside, CA 92506 | aashby@fiorelaw.com | 6820 Indiana Avenue, Suite 140<br>Riverside, CA 92506 |
| Julie Balbini: Respondent<br>Fiore Racobs & Powers<br>74130 Country Club Drive, Suite 102<br>Palm Desert, CA 92260 | jbalbini@fiorelaw.com | 74130 Country Club Drive, Suite 102 Palm Desert, CA 92260 |
| Nathan P. Bettenhausen: Respondent<br>Fiore Racobs & Powers<br>6440 Oak Cyn, Suite 250,<br>Irvine, CA 92618 | nbettenhausen@fiorelaw.com | 6440 Oak Cyn, Suite 250,<br>Irvine, CA 92618 |
| Dennis M. Burke: Respondent<br>Fiore Racobs & Powers<br>6820 Indiana Avenue, Suite 140<br>Riverside, CA 92506 | dburke@fiorelaw.com | 6820 Indiana Avenue, Suite 140<br>Riverside, CA 92506 |
| Richard S. Fiore: Respondent<br>Fiore Racobs & Powers<br>6440 Oak Cyn, Suite 250<br>Irvine, CA 92618 | rfiore@fiorelaw.com | 6440 Oak Cyn, Suite 250<br>Irvine, CA 92618 |
| Jacqueline Dao Foster: Respondent<br>Fiore Racobs & Powers<br>6440 Oak Cyn, Suite 250<br>Irvine, CA 92618 | Jfoster@fiorelaw.com | 6440 Oak Cyn, Suite 250<br>Irvine, CA 92618 |
| Daniel Kanaan: Respondent<br>6820 Indiana Avenue, Suite 140<br>Riverside, CA 92506 | dkanaan@fiorelaw.com | 6820 Indiana Avenue, Suite 140<br>Riverside, CA 92506 |
| Laurie C. Keating: Respondent<br>Fiore, Racobs & Powers<br>6440 Oak Cyn, Suite 250<br>Irvine, CA 92618 | lkeating@fiorelaw.com | 6440 Oak Cyn, Suite 250<br>Irvine, CA 92618 |
| Nicole A. Lilomaiava: Respondent<br>Fiore, Racobs, & Powers<br>6820 Indiana Avenue, Suite 140<br>Riverside, CA 92506 | lilomajava@fiorelaw.com | 6820 Indiana Avenue, Suite 140<br>Riverside, CA 92506 |
| John R. Madowell : Respondent | jmadowell@ fiorelaw.com | 6440 Oak Cyn, Suite 250<br>Irvine, CA 92618 |
| Erin A. Maloney: Respondent<br>Fiore Racobs & Powers<br>6820 Indiana Avenue, Suite 140<br>Riverside, CA 92506 | emaloney@fiorelaw.com | 6820 Indiana Avenue, Suite 140<br>Riverside, CA 92506 |
| Janet L.S. Powers: Respondent<br>6440 Oak Cyn, Suite 250<br>Irvine, CA 92618 | Jpowers@fiorelaw.com | 6440 Oak Cyn, Suite 250<br>Irvine, CA 92618 |
| Peter E. Racobs: Respondent<br>Fiore Racobs & Powers<br>6820 Indiana Avenue, Suite 140<br>Riverside, CA 92506 | License #109390<br>pracobs@fiorelaw.com | 6820 Indiana Avenue, Suite 140<br>Riverside, CA 92506 |
| Andrew Scoble: Respondent<br>Fiore Racobs & Powers | ascoble@fiorelaw.com | 6440 Oak Cyn, Suite 250<br>Irvine, CA 92618 |

MOTION OF AUGMENTATION G066274

| 6440 Oak Cyn, Suite 250<br>Irvine, CA 92618 | | |
|---|---|---|
| Nguyen Anh Tuan: Respondent | tuan@usaluatsu.com | 10531 Garden Grove Blvd,<br>Garden Grove, CA 92843 |
| Do Phu: Respondent | Phu Do Nguyen <dophu@dpatlaw.com> | 10531 Garden Grove Blvd,<br>Garden Grove, CA 92843 |
| Michael Murray: Respondent | mmurray@occourts.org | |
| Agustin Carbajal: Respondent | Acarbajal@occourts.org | |
| Orange County Jail: Respondent<br>Booking staff on 7/12/2024 | dbarnes@ocsd.org<br>ctaylor@ocsd.org | **Central Warrant Repository (CWR)**<br>320 N. Flower Street<br>Santa Ana, CA 92703<br>**(714) 834-6470 (714) 834-6458** |
| Claude Parrish: Respondent | cparrish@asr.ocgov.com | 500 S Main St 2nd floor, Orange, CA 92868 |
| Joanne Kim: Respondent | jlkim@asr.ocgov.com | 500 S Main St 2nd floor, Orange, CA 92868 |
| Orange County Successor: Respondent | 500 S Main St 2nd floor, Orange, CA 92868 | |

Supreme Court of California
Jorge E. Navarrete, Clerk and Executive Officer of the Court
Electronically RECEIVED on 11/6/2025 3:14:07 PM

For Appellant Hanh Thi My Do
*In Conjunction with ProBono Center of California Services*
*With The Supports of Multiple Probono Attorney (Meddenco LLC /Hdo LLC)*
Mailing Address: 9528 Miramar Rd #1131, San Diego, Ca 92126
Unlawful Seized Property 324 Tangelo, Irvine, Ca 92618. Tel: 714-586-3260
Email: myhanh9999a@gmail.com; Godformyhanh9999@gmailcom

# SUPREME COURT OF CALIFORNIA

Hanh Thi My Do (Dob 10/20/1973)
Plaintiff/Petitioner
vs
**OC COURT**: Hon. Andre Mansourian, Hon.
William Zidbeck, Hon. Julian Bailey, Hon. Huy
Nguyen, Amy Ronald, Angelina Bernal, Joe
Maltese, Jean Rosas, Jenna Walker, Felicia Ting
and their mental health practitioner and entire
OC Court.
**OC JAIL/JAILS/Mental Facilities**: Hon.
Micheal Murray, hon. Mondo Glen, Agustin
Carbajal,
**OC public Defender**: Catherine Gardner,
Christopher Sean Glass, Alexandra Song,
Shannon Winston.
**OCDA:** Todd Spitzer, **Kathryn Wagner,** Paul
Walters, Angela Gunderson, Alicia Gigusberg
and entire OCDA
**IPD**: Micheal Kent, Hsu Frederick, Hank
Gallegos, John Sanders, Morales Sergio. Samuel
Lee and entire IPD,
**WPD**: Collins Dominic, Rosa
**Dien Thanh Nguyen**, **Enrico L Patterno**, **Peter
Steen, Hani Mohammed Deek**, Wesam Deek,
David Vick.
**Fiore & Racobs Powers Law**: §128.7 Amber T
Ashby, Julie R Balbini, Nathan P Bettenhausen,
Dennis M Burke, Richard S Fiore, Jacqueline D.
Foster, Daniel Kanaan, Laurie C Keating, Nicole
A. Lilomaiava, John R Madowell, erin A
Maloney, Janet L.S. Power, Peter E. Racobs,
Andrew Scoble and Nguyen Anh Tuan, Do Phu,
**OC Successor**: Claude Parrish/Kim Joanne

Hanh Thi My Do (Dob 10/27/1973)
Et al does 1-1000 Defendants/Respondent

**S293248**

G066074
OC Superior Court Case: **24CF1269
(destroyed); 30-2021-01235743 (void)**

**NOTICE OF RECORDS
AUGMENTATION
ACCORDING TO CA
SUPREME COURT'S ORDER**
rules 8.122 and 8.130.
Exhibits of:
- Non CA active law license
  of Todd Spitzer, Kathryn
  Wagner, Christopher
  Glass
- CA Supreme court's
  orders the destroyed case
  original 24CF1269 is
  under civil categories.
- The hon. CA granted the
  Monetary Judgment of
  IFP favor to petitioner
  includes permanent
  injunction of any cases
  against Hanh Thi My Do
  Dob 10/20/1973)/her
  family/her Witness

**2ND NOTICE OF REMOVAL
TO FEDERAL COURT OF
CASE 24CF1269 and 30-2021-
01235743**

Pursuant to the appellate court rules 8.122 and 8.130

MOTION OF AUGMENTATION G066274

## PARTIES

"Plaintiff "in this court case is Hanh Thi My Do (dob 10/20/1973) and "defendant(s)" of the petition are the above listed caption not defendants of other cases nor case 30-2021-01235743.

## AUGMENTATION OF FACTS

Petitioner/plaintiff Hanh Thi My Do (Dob 10/20/1973) respectfully augment the records as of the followings:

1) The respectful hon. Ca Supreme Court had converted/determined petitioner Hanh Thi My Do Dob 10/20/1973 is the witness – plaintiff/victim involved the court cases 24Cf1269 and 30-2021-01235743 which under **civil original**, **not criminal** (case 24CF1269-01235743 are categorized civil under destroyed cases status) per exhibits.

2) **Hanh Thi My Do (Dob 10/20/1973** Dl D4399075 118 lbs) is always in the **PLAINTIFF** position who are obtaining the Mandate Orders and **never been DEFENDANT** position, all defendant positions are under Hanh Thi My Do (Dob 10/27/1973 100 lbs) of cases Hanh Thi My Do or these above defendants.

3) The CA Supreme Court allows to place injunction **permanently** all activities against Hanh Thi My Do Dob 10/20/1973/her family member/her witnesses include the destroyed case 24CF1269 per granted IFP

4) OC Public Defender's lawyers and Christopher Sean Glass are not Hanh Thi My Do dob 10/20/1973's lawyers, and the destroyed case 24CF1269's complaint's petitions are not CA lawyer per exhibits, so the entire OC Public Defender can not discuss, involve nor participate about Hanh Thi My Do dob 10/20/1973's

any financial-legal matters but the court case 25HR053173c and 25HR053175C had confirmed the case 24CF1269 is faked about criminal/mental from Christopher Glass, Kathryn Wagner still owe plaintiff> $500K and return the property 324 Tangelo Irvine Ca 92618 to plaintiff from contempt of the undertaking Federal Factual Innocence agreements/Mandate/Judgment enforcements, if anything happens to petitioner, the conservator will be chosen in petitioner's witness protection list, not OC Court - not OC Public Defender (and) not in the 170.1 list, but be and will be decided from the court who issues the Mandate and compliance to the Mandate.

5) OCDA had addressed in the court case 22-55860 and 22-55762 abbreviates by Orange County Disability Assistance.

6) The living trust between Thom Thi Nguyen and Hanh Thi My Do is incomplete and voided, the asset 324 Tangelo # 325 Irvine Ca 92618 resume to the original ownership to Hanh Thi My Do Dob 10/20/1973, Hanh Thi My Do dob 10/20/1973 is not the defendant of case 01235743 so Linh Khanh Huynh doesn't have the mother Hanh Thi My Do dob 10/27/1973, therefore, she is not the defendant of case 01235743 which she is dismissed permanently without objection and will not be raised in the court case 01235743 again and seal the record

7) The court case G062672 Hanh Thi My Do had mentioned the execution Hanh Thi My Do means execute the summary judgments not execution Hanh Thi My Do.

8) The hon. Ca Supreme Court has denied the petition but granted the review the IFP's complaint to grant the IFP's Judgments with permanent immunities with no objection/opposition response to 170.1/170.6 by 170.4 and disqualify the entire OC District

Attorney – entire OC court/ restrain the entire OC Public Defender as well as the agreement to revoke the respondent's law license and law enforcement certification if another violation.

9) OC Public Defender – OCDA – OC Court don't have the access in the federal courts leading the case had been heard in the CA Supreme Court to approve those judgments are legal and legible, the OC Court and OCDA and Defendants need to answer why those judgments cannot be issued and Mandate, why other defendants did not complain about the enforcements of those judgment but just a lot of flaw and irrelevant nonsense complaints of OCDA. If there are any concerns about the judgments, defendants need to proceed the Motion to set aside, by the complaint of OCDA had admitted those docketed judgments are signed and enforced doesn't require petitioner's further steps. If the original court said it eligible: OCDA/defendants will accept 10 years freezing the entire assets, if defendants can convince the court to set aside per verification that is the enforced judgments which had confirmed in the Ca Supreme Court's Granted IFP application, serving the documents can consider a crime, so Defendants and OCDA serving the documents to petitioner consider crimes too but X3 from §51 §52

10) All petitioner's court cases is only plaintiff position which never dismissed but obtaining the Mandate results, During the records submission will possibly have some format changes or unclear communication  or misunderstanding and possible unavoidable mistakes, there are some unknown mistakes or misunderstanding or unknowingly incidents can happen require defendants and the court to address to make the changes (as case 24CF1269 OC district attorney's mistakes and leading to destroyed status will

cause any current and future claims against Hanh Thi My Do dob 10/20/1973 are automatically invalidated-voided), then petitioner will submit in the original court to get the permission to adjust or necessary errata, petitioner reserve the right and cooperate to verify and adjust any mistakes but never commit any crimes nor forgery nor perjury and therefore, no reasons of vandalism or attempt of theft or contempt whereas plaintiff's voice are heard by all courts or the matters will not be raised again.

Petitioner respectfully notice the court that defendants have had the cutoff date 9/17/2024 to submit any suspicious documents or evidence to solve the misunderstanding, petitioner is respectfully asking the court to give defendants another 30 days for defendants to submit any suspicious documents or expressing any concern to fix or make any correction to avoid any misunderstanding, if not, there are no more concern or agree to destroy automatically any civil-criminal cases against petitioner from now and in the future includes case 24CF1269 to confirm petitioner's permanent immunity status as the agreements of petitioner's judgments are clean eligibilities to enforce without any further objection or obstruction, obstruction of those judgments enforcements are causing damages will automatically place in the judgments require defendants' acknowledgment confirmation and won't bother petitioner from now on and in the future as the respectful hon CA Supreme court had closed the case and give defendants another opportunities to raise their suspicions and concerns to avoid further violations will lead to another judgments, but the past judgments must be enforced to maintain the consistency of the laws without defendants'

opposition if non-answer in 30 days as defendants had admitted the judgments had been signed to enforce not a proposed order nor a regular paper without any objections and the judgments enforcement eligibilities notice from 5 courts agree it enforcements.

11/6/2025

Respectfully & faithfully

Hanh Thi My Do

**PROOF OF SERVICE**

On 11/6/2025 serve via True filing and Gmail had served per business virtual address is 324 Tangelo, Irvine, Ca 92618. served the following document (s) I served the documents on the following persons at the following addresses (including fax number and email address, if applicable):

MOTION OF AUGMENTATION AND EXHIBITS TO CONFIRM THE DISQUALIFICATION THE ENTIRE OC COURT- OC DISTRICT ATTORNEY AND OC PUBLIC DEFENDER BY NON OPPOSITION 170.1 AND 170.3 1424 and CONFIRMED NON LICENSE PRACTICE OF TODD SPITZER, KATHRYN WAGNER, CHRISTOPHER GLASS

The documents were served by the following means (BY US MAIL) I enclosed the documents in a sealed envelope or packaged addressed to the persons at the address listed above to the listed electrical mailing address: Placed the envelope or package for collection and mailing, following our ordinary business post office practices and deliver the mail through the post office mail man (BY EMAIL OR ELECTRONIC TRANSMISSION) Based on a court order an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent email address to the person at the email addresses listed above. I did not receive, within reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed on 11/6/2025, Irvine, Ca 92618 via Gmail services and then mail per court's order:

| Party | Electronic Mailing Address | Physical Address |
|---|---|---|
| Hanh Thi My Do: Petitioner 9528 Miramar Road, #1131 San Diego, CA 92126 | Godformyhanh9999@gmail.com Myhanh9999a@gmail.com | |
| State Bar of California | | |
| Superior Court of Orange County: Respondent 700 Civic Center Drive Santa Ana, CA 92704 | mhernandez@occourts.org cadr@occourts.org appellatedivision@occourts.org | 700 Civic Center Drive Santa Ana, CA 92704 |
| Andre Mansourian: Respondent | AMANSSOURIAN@occourts.org | 700 Civic Center Drive Santa Ana, CA 92704 |
| William Zidbeck: Respondent | WZIDBECK@occourts.org | 700 Civic Center Drive Santa Ana, CA 92704 |

| | | |
|---|---|---|
| Julian Bailey: Respondent | JBAILEY@occourts.org | 700 Civic Center Drive Santa Ana, CA 92704 |
| Huy Nguyen: Respondent | hnguyen@occourts.org | 700 Civic Center Drive Santa Ana, CA 92704 |
| Nico Dourabetas: Respondent | ndourbetas@occourts.org | 700 Civic Center Drive Santa Ana, CA 92704 |
| Amy Ronald, Respondent | cadr@occourts.org | 700 Civic Center Drive Santa Ana, CA 92704 |
| Angelina Bernal: Respondent | Abernal@occourts.org | 700 Civic Center Drive Santa Ana, CA 92704 |
| Joe Maltese: Respondent | Respectfully notice to remove him from the records as he confirmed lawyer Christopher is not plaintiff's lawyer | He also confirmed the case 24Cf1269 is dismissed, minimal witness protection provided. Respectfully remove himself from plaintiff's any complaint as he complies as acknowledgment the court's order |
| Jean Rosas: Respondent | jrosas@occourts.org | 700 Civic Center Drive Santa Ana, CA 92704 |
| Jenna Walker: Respondent | jennatomei@gmail.com | 3553 Atlantic Ave., #233 Long Beach, CA 90807 |
| Felicia Ting: Respondent | CONREP cio.it@ocgov.com | 517 N Main St, Santa Ana, CA 92701 |
| District Attorney of Orange County Respondent 300 North Flower Street Santa Ana, CA 92703 | | |
| Todd Spitzer: Respondent Orange County District Attorney 300 North Flower Street, P.O. Box 808 Santa Ana, CA 92703 | todd.spitzer@ocdapa.org | 300 North Flower Street Santa Ana, CA 92703 |
| Kathryn Wagner: Respondent Orange County District Attorney 300 North Flower Street Santa Ana, CA 92703 | kate.wagner@ocdapa.org | 300 North Flower Street Santa Ana, CA 92703 |
| Paul Walters: Respondent | Paul.walters@ocdapa.org | 300 North Flower Street Santa Ana, CA 92703 |
| Angela Gunderson: Respondent Orange County District Attorney 300 North Flower Street Santa Ana, CA 92703 | Angela.gunderson@ocdapa.org | 300 North Flower Street Santa Ana, CA 92703 |
| Alicia Gigusberg: Respondent | Alicia.gigusberg@ocdapa.org | 300 North Flower Street Santa Ana, CA 92703 |
| Orange County Public Defender: Respondent | Sara.nakada@ocpubdef.com | 801 Civic Center Drive Santa Ana, Ca 92704 |
| Catherine Gardner: Respondent Orange County Public Defender 801 Civic Center Santa Ana Santa Ana, CA 92701 | catherine.gardner@ocpubdef.com | 801 Civic Center Drive Santa Ana, Ca 92704 |

MOTION OF AUGMENTATION G066274

| | | |
|---|---|---|
| Christopher Sean Glass: Respondent<br>Orange County Public Defender<br>801 West Civic Center Drive, Suite 400<br>Santa Ana, CA 92701 | christopher.glass@ocpubdef.com | 801 Civic Center Drive<br>Santa Ana, Ca 92704 |
| Alexandra Song: Respondent<br>Orange County Public Defender<br>801 Civic Center Drive, Suite 400<br>Santa Ana, CA 92701 | Alexandra.Song@ocpubdef.com | 801 Civic Center Drive<br>Santa Ana, Ca 92704 |
| Shannon Winston: Respondent | Shannon.Winston@ocpubdef.com | 801 Civic Center Drive<br>Santa Ana, Ca 92704 |
| Orangetree Condominium Owners Association: Respondent | | |
| Irvine Police Department: Respondent | | 1 Civic Center Plaza, Irvine, CA 92606 |
| Michael Kent: Respondent | mkent@cityofirvne.org | 1 Civic Center Plaza, Irvine, CA 92606 |
| Hsu Frederick: Respondent | hfrederick@cityofirvine.org | 1 Civic Center Plaza, Irvine, CA 92606 |
| Hank Gallegos: Respondent | hgallegos@cityofirvine.org | 1 Civic Center Plaza, Irvine, CA 92606 |
| John Sanders: Respondent | "jsanders@cityofirvine.org"<br><jsanders@cityofirvine.org> | 1 Civic Center Plaza, Irvine, CA 92606 |
| Morales Sergio: Respondent | msergio@cityofivine.org | 1 Civic Center Plaza, Irvine, CA 92606 |
| Samuel Lee: Respondent | slee@cityofirvine.org | 1 Civic Center Plaza, Irvine, CA 92606 |
| Westminster Police Department: Respondent | csronline@westminster-ca.gov | 8200 Westminster Blvd., Westminster, CA 92683 |
| Collins Dominic: Respondent | csronline@westminster-ca.gov | 8200 Westminster Blvd., Westminster, CA 92683 |
| Rosa: Respondent<br>Staffs working on 7/12/2024 | csronline@westminster-ca.gov | 8200 Westminster Blvd., Westminster, CA 92683 |
| Dien Thanh Nguyen: Respondent | ascoble@fiorelaw.org | 801 S Figueroa St UNIT 700, Los Angeles, CA 90017 |
| Enrico L. Patterno: Respondent | mkent@cityofirvine.org | 1 Civic Center Plaza, Irvine, CA 92606 |
| Peter Steen: Respondent | mkent@cityofirvine.org | 1 Civic Center Plaza, Irvine, CA 92606 |
| Hani Mohammed Deek: Respondent | mkent@cityofirvine.org | 1 Civic Center Plaza, Irvine, CA 92606 |
| Wesam Deek: Respondent | mkent@cityofirvine.org | 1 Civic Center Plaza, Irvine, CA 92606 |
| David Vick: Respondent | "dvic1@live.com" <dvic1@live.com> | 1 Civic Center Plaza, Irvine, CA 92606 |
| Fiore & Racobs & Powers: Respondent | | |
| Amber T. Ashby: Respondent<br>Fiore, Racobs & Powers, APLC | aashby@fiorelaw.com | 6820 Indiana Avenue, Suite 140<br>Riverside, CA 92506 |

MOTION OF AUGMENTATION G066274

| | | |
|---|---|---|
| 6820 Indiana Avenue, Suite 140 Riverside, CA 92506 | | |
| Julie Balbini: Respondent Fiore Racobs & Powers 74130 Country Club Drive, Suite 102 Palm Desert, CA 92260 | jbalbini@fiorelaw.com | 74130 Country Club Drive, Suite 102 Palm Desert, CA 92260 |
| Nathan P. Bettenhausen: Respondent Fiore Racobs & Powers 6440 Oak Cyn, Suite 250, Irvine, CA 92618 | nbettenhausen@fiorelaw.com | 6440 Oak Cyn, Suite 250, Irvine, CA 92618 |
| Dennis M. Burke: Respondent Fiore Racobs & Powers 6820 Indiana Avenue, Suite 140 Riverside, CA 92506 | dburke@fiorelaw.com | 6820 Indiana Avenue, Suite 140 Riverside, CA 92506 |
| Richard S. Fiore: Respondent Fiore Racobs & Powers 6440 Oak Cyn, Suite 250 Irvine, CA 92618 | rfiore@fiorelaw.com | 6440 Oak Cyn, Suite 250 Irvine, CA 92618 |
| Jacqueline Dao Foster: Respondent Fiore Racobs & Powers 6440 Oak Cyn, Suite 250 Irvine, CA 92618 | Jfoster@fiorelaw.com | 6440 Oak Cyn, Suite 250 Irvine, CA 92618 |
| Daniel Kanaan: Respondent 6820 Indiana Avenue, Suite 140 Riverside, CA 92506 | dkanaan@fiorelaw.com | 6820 Indiana Avenue, Suite 140 Riverside, CA 92506 |
| Laurie C. Keating: Respondent Fiore, Racobs & Powers 6440 Oak Cyn, Suite 250 Irvine, CA 92618 | lkeating@fiorelaw.com | 6440 Oak Cyn, Suite 250 Irvine, CA 92618 |
| Nicole A. Lilomaiava: Respondent Fiore, Racobs, & Powers 6820 Indiana Avenue, Suite 140 Riverside, CA 92506 | lilomajava@fiorelaw.com | 6820 Indiana Avenue, Suite 140 Riverside, CA 92506 |
| John R. Madowell : Respondent | jmadowell@ fiorelaw.com | 6440 Oak Cyn, Suite 250 Irvine, CA 92618 |
| Erin A. Maloney: Respondent Fiore Racobs & Powers 6820 Indiana Avenue, Suite 140 Riverside, CA 92506 | emaloney@fiorelaw.com | 6820 Indiana Avenue, Suite 140 Riverside, CA 92506 |
| Janet L.S. Powers: Respondent 6440 Oak Cyn, Suite 250 Irvine, CA 92618 | Jpowers@fiorelaw.com | 6440 Oak Cyn, Suite 250 Irvine, CA 92618 |
| Peter E. Racobs: Respondent Fiore Racobs & Powers 6820 Indiana Avenue, Suite 140 Riverside, CA 92506 | License #109390 pracobs@fiorelaw.com | 6820 Indiana Avenue, Suite 140 Riverside, CA 92506 |
| Andrew Scoble: Respondent Fiore Racobs & Powers 6440 Oak Cyn, Suite 250 Irvine, CA 92618 | ascoble@fiorelaw.com | 6440 Oak Cyn, Suite 250 Irvine, CA 92618 |

| | | |
|---|---|---|
| Nguyen Anh Tuan: Respondent | tuan@usaluatsu.com | 10531 Garden Grove Blvd, Garden Grove, CA 92843 |
| Do Phu: Respondent | Phu Do Nguyen <dophu@dpatlaw.com> | 10531 Garden Grove Blvd, Garden Grove, CA 92843 |
| Michael Murray: Respondent | mmurray@occourts.org | |
| Agustin Carbajal: Respondent | Acarbajal@occourts.org | |
| Orange County Jail: Respondent Booking staff on 7/12/2024 | dbarnes@ocsd.org ctaylor@ocsd.org | **Central Warrant Repository (CWR)** 320 N. Flower Street Santa Ana, CA 92703 **(714) 834-6470 (714) 834-6458** |
| Claude Parrish: Respondent | cparrish@asr.ocgov.com | 500 S Main St 2nd floor, Orange, CA 92868 |
| Joanne Kim: Respondent | jlkim@asr.ocgov.com | 500 S Main St 2nd floor, Orange, CA 92868 |
| Orange County Successor: Respondent | 500 S Main St 2nd floor, Orange, CA 92868 | |

# EXHIBITS

# Appellate Courts Case Information

## Supreme Court

Change court ▼

| Case Summary |
|:---:|
| Docket |
| Briefs |
| Disposition |
| Parties and Attorneys |
| Lower Court |

## Docket (Register of Actions)

**DO v. S.C.**
**Division SF**
**Case Number S293248**

| Date | Description | Notes |
|------|-------------|-------|
| 09/30/2025 | Petition for writ of mandate/prohibition with request for stay filed | Petitioner: Hanh Thi My Do<br>Pro Per |
| 10/01/2025 | Letter sent to: | Re: DO v. S.C. - S293248<br><br>Dear Petitioner:<br><br>The court has filed your petition for writ of mandate, but it appears to be missing proof of service Superior Court of Orange County. As soon as possible, please submit an amended proof of service. In addition, if your Request to Waive Court Fees (FW-001) intent is to submit to this court, it must be properly addressed to the Supreme Court of California.<br><br>Failure to file a corrected proof of service and resubmit a fee waiver (FW-001) form within 5 days from the date of this letter may result in your filing being stricken. |
| 10/06/2025 | Received: | Proof of service to the Superior Court of Orange County. |
| 10/06/2025 | Forma pauperis application filed | |
| 10/06/2025 | Forma Pauperis application granted | |

| 10/09/2025 | Transferred to CA 4/3 | The above-entitled matter is transferred to the Court of Appeal, Fourth Appellate District, Division Three. |
|---|---|---|

**Click here** to request automatic e-mail notifications about this case.

Careers  |  Contact Us  |  Accessibility  |  Public Access to Records  |  Terms of Use  |    © 2025 Judicial Council of California
Privacy

# Appellate Courts Case Information

## Supreme Court

Change court ⌄

| Case Summary |
| :---: |
| Docket |
| Briefs |
| Disposition |
| Parties and Attorneys |
| Lower Court |

## Disposition

**DO v. S.C.**
**Division SF**
**Case Number S293248**

Only the following dispositions are displayed below: Orders Denying Petitions, Orders Granting Rehearing and Opinions. Go to the Docket Entries screen for information regarding orders granting review.

**Case Citation:**
**none**

| Date | Description |
| --- | --- |
| 10/09/2025 | Administrative Transfer to CA 4/3 |

**Click here** to request automatic e-mail notifications about this case.

| Main Pages | Resources |
|---|---|
| File (/file) | Help (/HelpLink) |
| Case Search (/cases) | Contact Support |
| History (/filings/myHistory) | Email Activity (/EmailActivity) |
| Favorites (/favorites) | |
| Settings (/profile) | |

# Case Details

## DO v. S.C.

S293248

CA Supreme Court

Case Type: CIVIL

File to This Case (/filing/create/8c7d87b9-650c-4e8c-f14e-08d67fc92652/edd1acd5-2b97-481e-998c-827c94b3cf4c?caseTrackingId=S293248)

### ❤ Case Contacts (12)

Where's my Contact?

| Name | Roles | Status | Organization | Email | |
|------|-------|--------|--------------|-------|---|
| Do, Hanh | Pro Se | Verified | Meddenco PC (With Multiple Lawyers) | godformyhanh9999@gmail.com | Remove |
| Glass, Christopher | None | Verified | Court Added | christopher.glass@ocpubdef.com | |
| Balbini, Julie | Attorney (CA) (211668) | Verified | Court Added | Jbalbini@fiorelaw.com | |
| Spitzer, Todd | None | Verified | Court Added | todd.spitzer@ocdapa.org | |
| Powers, Janet | Attorney (CA) (118179) | Verified | Court Added | jpowers@fiorelaw.com | |
| Lilomaiava, Nicole | Attorney (CA) (277547) | Verified | Court Added | nlilomaiava@fiorelaw.com | |
| Maloney, Erin | Attorney (CA) (155485) | Verified | Court Added | EMaloney@fiorelaw.com | |
| Scoble, Andrew | Attorney (CA) (267377) | Verified | Court Added | ascoble@fiorelaw.com | |
| Kanaan, Daniel | None | Verified | Court Added | dkanaan@fiorelaw.com | |
| Bettenhausen, Nathan | Attorney (CA) (272103) | Verified | Court Added | nbettenhausen@fiorelaw.com | |
| Wagner, Kathryn | None | Verified | Court Added | kate.wagner@ocdapa.org | |
| Ashby, Amber | None | Verified | Court Added | aashby@fiorelaw.com | |

Add Myself / Connected User    View Participant Activity

### ❯ Filings (16)



hanh do <godformyhanh9999@gmail.com>

---

## 24cf1269 has been transferred to federal court court case 2:24-cv-10956 under 28 usc 1442

---

**hanh do** <godformyhanh9999@gmail.com>                                Wed, Sep 24, 2025 at 6:24 PM
To: Yolanda Skipper <Yolanda_Skipper@cacd.uscourts.gov>
Cc: "Sweeny, Jessica" <Jessica.Sweeny@ocpubdef.com>, "christopher.glass@ocpubdef.com"
<christopher.glass@ocpubdef.com>, "cadr@occourts.org" <cadr@occourts.org>, "hnguyen@occourts.org"
<hnguyen@occourts.org>, "dshlpsreferrals@dhs.ca.gov" <dshlpsreferrals@dhs.ca.gov>, "todd.spitzer@ocdapa.org"
<todd.spitzer@ocdapa.org>, "ctaylor@ocsd.org" <ctaylor@ocsd.org>

> dear Yolanda
> thank you for confirming the transferred case 24CF1269 under removal jurisdiction of case 2:24-cv-10956 include non
> stricken records are the court approval records include recuse the entire OC Court and disqualify the entire OCDA, non
> stricken dockets are the granted records in the closed records, no appeal means the case closed/dismissed case
> 24CF1269, please could you review to strike any non approved dockets with our appreciation
> Hanh Do
> [Quoted text hidden]

---

### 4 attachments

📄 **dkt 9 170 6 the entire OC court judges from federal 10956.pdf**
   2247K

📄 **dkt 12 undertaking compliance notice of no doubt mental health dkt 13.pdf**
   205K

📄 **errata notice 1.pdf**
   386K

📄 **corrected mental declare factual innocence UCC judgment state factual innocence 1.pdf**
   5570K